IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURAGE DANE DECRANE,<br><br>Defendant. | CR 20-16-BLG-SPW<br><br>ORDER |

For the reasons stated on the record at the motion hearing held before the Court on October 29, 2020,

**IT IS HEREBY ORDERED** that Defendant's Pro Se Motion to Terminate Counsel of Record (Doc. 40) is considered **WITHDRAWN**.

The clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 29th day of October, 2020.

SUSAN P. WATTERS
United States District Judge