IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURAGE DANE DECRANE,<br><br>Defendant. | CR 20-16-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, COURAGE DANE DECRANE is hereby released from the custody of the U.S. Marshals Service.

DATED this 21st day of October, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1